FILED

2014 SEP 25 P 2:09

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO.: 14-9424         DIVISION " "



TIM CLARK CONSTRUCTION, LLC

VERSUS

ALLSTATE INSURANCE COMPANY

FILED: _____    _____
                                    DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of **Tim Clark Construction, LLC,** a domestic limited liability company, who is domiciled in Orleans Parish, respectfully represents:

I.

The following parties are made defendants in this suit:

a.   **ALLSTATE INSURANCE COMPANY**, a foreign insurer, authorized to do and doing business in this State of Louisiana, who may be served with process through the Louisiana Secretary of State;

II.

Venue is proper in Orleans Parish, as the property at issue in this litigation, the work performed at issue in this litigation, and the damages sustained in this litigation were sustained in Orleans Parish.

III.

This Court has subject matter jurisdiction.

IV.

Plaintiff was contracted by the owners of the property located at 2626 St. Bernard Ave. New Orleans, LA 70119 to perform elevation work on the property pursuant to the terms of an insurance contract issued by Defendant.

V.

Defendant issued an insurance policy of flood insurance pursuant to Defendant's policy number 1805405717, providing increased cost of compliance coverage [hereinafter "ICC"] for its insured, Talmage Mitchell, owner of the property at 2626 St. Bernard Ave.

Page 1 of 4

## VI.

Pursuant to the terms of the insurance policy, Defendant contracted to provide payment to Plaintiff for the elevation of the home at 2626 St. Bernard Ave. in the event that Plaintiff performed the work of elevating the home at that location.

## VII.

Plaintiff performed all work for the elevation of the home to the satisfaction of Defendant and the owner of the property, and further provided all services as necessary in order to obtain payment under the provisions of the policy for "Increased Costs of Compliance."

## VIII.

Defendant refused to make payment of the Increased Cost of Compliance funds under its policy of insurance.

## IX.

The insured under Defendant's policy instructed Defendant to make all payments of the ICC coverage under the policy to Plaintiff, and the insured otherwise assigned its rights under the policy for ICC coverage to Plaintiff to collect those proceeds under the policy.

## X.

Under the terms of the ICC coverage under Defendant's policy, Defendant had an obligation to make payments directly to Plaintiff for the work performed to the insured premises under the ICC coverage.

## XI.

Defendant has breached the terms of the insurance policy by refusing to make the payments required under the policy for ICC coverage owed to Plaintiff for the work provided by Plaintiff to the insured premises.

## XI(a).

Defendant is further liable pursuant to the doctrine of detrimental reliance, as Plaintiff relied to its detriment on the promise of Defendant that payments would be made for the work performed by Plaintiff, and Plaintiff changed its position to its detriment based upon those promises and representations of Defendant.

### XI(b).

Accordingly, Defendant is liable unto Plaintiff pursuant to Louisiana Civil Code article 1967 for all damages sustained by Plaintiff as a result of that detrimental reliance.

### XI(c).

Defendant further made misrepresentations to Plaintiff that coverage would be provided pursuant to the ICC provisions of the subject policy.

### XI(d).

Defendant made those representations to Plaintiff that ICC coverage would be provided with actual or constructive knowledge that a person in Plaintiff's position would perform work in reliance upon those representations.

### XI(e).

Plaintiff relied on those misrepresentations of Defendant, and as a result, incurred damages.

### XII.

As a result of all of the above, Defendant is liable unto Plaintiff for all amounts of ICC coverage under the policy at issue in this litigation.

### XIII.

Plaintiff stipulates that the total damages recoverable for Plaintiff do not exceed seventy-five thousand dollars ($75,000), exclusive of interest and costs.

**WHEREFORE,** Plaintiff prays that the Defendant, ALLSTATE INSURANCE COMPANY, be served with a copy of this Petition and cited to appear and answer same, and that after due proceedings had that there be a judgment entered in favor of plaintiff, Tim Clark Construction, LLC, and against all defendants named herein, in the full amount of ICC coverage under the policy, together with legal interest from the date of judicial demand, and for all costs, reasonable attorney's fees, and such other relief in equity or in law as may be justified.

Respectfully Submitted:

FRISCHHERTZ, POULLIARD,
FRISCHHERTZ, & IMPASTATO, LLC

_[signature]_

Lloyd N. Frischhertz (#5749)
Dominick F. Impastato, III (#29056)
1130 St. Charles Ave.
New Orleans, Louisiana 70130
Telephone— 504-523-1500
Fax— 504-581-1670
Email: Dominick@fpfi-law.com

**PLEASE SERVE**

**ALLSTATE INSURANCE COMPANY**
Through its registered agent for service of process
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA