UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TIM CLARK CONSTRUCTION, LLC** | § | CIV ACT. NO. 14-2474 |
| | § | |
| **VERSUS** | § | DIV. A (JUDGE ZAINEY) |
| | § | |
| **ALLSTATE INSURANCE COMPANY** | § | SECTION 4 |
| | § | |

**FIRST AMENDED COMPLAINT**

Now into Court comes Plaintiff, Tim Clark Construction, LLC, who respectfully amends his Original Complaint as follows:

**A**.

Plaintiff hereby re-alleges paragraphs I through XIII as if fully copied in their entirety herein.

**B**.

Plaintiff hereby supplements his Complaint to include paragraph I(a) as follows:

I(a).

Made Plaintiffs herein are Mr. & Mrs. Talmage Mitchell, owners of the home at 2626 St. Bernard Avenue, and named insureds in Defendant's policy providing ICC coverage at issue in this litigation.

**C**.

Plaintiff hereby supplements his Complaint to include paragraph IV(a) as follows:

IV(a).

Plaintiffs, Mr. & Mrs. Mitchell, are the owners of the property located at 2626 St. Bernard Ave., and contracted with Plaintiff, Tim Clark Construction, as described in paragraph IV above.

**D**.

Plaintiff hereby supplements his Complaint to include paragraph V(a) as follows:

V(a).

Plaintiffs, Mr. & Mrs. Mitchell, are the named insureds under policy number 1805405717 issued by Defendant, and for which Defendant is liable to make payment.

**E**.

Plaintiff hereby supplements his Complaint to include paragraph VI(a) as follows:

VI(a).

Pursuant to the terms of Defendant's policy, Defendant is liable unto Plaintiffs, Mr. & Mrs. Mitchell, for payment under the Increased Cost of Compliance ["ICC] coverage under the policy.

**F**.

Plaintiff hereby supplements his Complaint to include paragraph XI(a) as follows:

VI(a).

Defendant has breached the terms of the insurance policy by refusing to make the payments required under the policy owed to Plaintiffs, Mr. & Mrs. Mitchell, for the elevation of the home.

**WHEREFORE,** Plaintiffs pray that after due proceedings had that there be a judgment entered in favor of Plaintiffs, Tim Clark Construction, LLC, Mr. Talmage Mitchell, and Mrs. Talmage Mitchell, and against all defendants named herein, in the full amount of ICC coverage under the policy, together with legal interest from the date of judicial demand, and for all costs, reasonable attorney's fees, and such other relief in equity or in law as may be justified.

Respectfully Submitted:

                                                FRISCHHERTZ, POULLIARD,
                                                FRISCHHERTZ, & IMPASTATO, LLC

                                                */s/ Dominick F. Impastato, III*
                                                Lloyd N. Frischhertz (#5749)
                                                Dominick F. Impastato, III (#29056)
                                                1130 St. Charles Ave.
                                                New Orleans, Louisiana 70130
                                                Telephone– 504-523-1500
                                                Fax– 504-581-1670
                                                Email: Dominick@fpfi-law.com

### CERTIFICATE OF SERVICE

      I hereby certify that on February 3, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                              **/s/ Dominick F. Impastato, III**
                                              Dominick F. Impastato, III (#29056)
                                              FRISCHHERTZ, POULLIARD, FRISCHHERTZ, &
                                              IMPASTATO, LLC