**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TIM CLARK** | * | |
| **CONSTRUCTION, LLC,** | * | **Case No. :     2:14-cv-02474-JCZ-KWR** |
| | * | |
| **Plaintiff,** | * | **JUDGE:  Jay C. Zainey "A"** |
| | * | |
| **v.** | * | **MAGISTRATE JUDGE:** |
| | * | **Karen Wells Roby "4"** |
| **ALLSTATE INSURANCE COMPANY** | * | |
| | * | |
| **Defendant.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**ORDER**</u>

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS WITH PREJUDICE Allstate Insurance Company and representations made therein that this matter,

IT IS HEREBY ORDERED that this matter shall be and hereby is DISMISSED WITH PREJUDICE, each party to bear their own costs.

DONE, at New Orleans, LA this __14th__ day of _____January_____, 2016.

_____
United States District Judge